# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

XAVIER CRAVENWOLFE,
ADC #146852                                                                                          PLAINTIFF

V.                              CASE NO. 4:15-CV-735 JM/BD

ROBERT CARTER, et al.                                                                          DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Cavenwolfe's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion for summary judgment (docket entry #20) is GRANTED. Mr. Cravenwolfe's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

IT IS SO ORDERED, this 28th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE